NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re DENNIS DONALD PARKER, SUSAN TILLER PARKER,**
*Petitioners*

---

2026-118

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina in No. 3:25-cv-13057-DCC-KFM, Judge Donald C. Coggins, Jr.

---

## ON PETITION AND MOTION

---

Before STOLL, WALLACH, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

### O R D E R

Dennis Donald Parker and Susan Tiller Parker filed a complaint in the United States District Court for the District of South Carolina over a mortgage dispute with private parties.  After the assigned magistrate judge issued an order denying various relief and directing the Parkers to submit various forms, the Parkers petitioned this court for a writ of mandamus seeking equitable relief.

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). As that statute makes clear, however, the Act is not itself a grant of jurisdiction. *See Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999). Our jurisdiction to review decisions of the federal district courts extends only to patent cases, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). This case clearly falls outside that jurisdiction, and therefore we dismiss.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed, and all pending motions are denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 21, 2026
Date